Form finmgtc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  25–15917–MEH
                        Chapter:  13
                        Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kenneth B. Hurst<br>aka Kenneth Hurst<br>1049 Estates Blvd<br>Hamilton, NJ 08690 | Melissa L. Hurst<br>aka Melissa Lynne Ficarra, aka Melissa Lynne Hurst<br>1049 Estates Blvd<br>Hamilton, NJ 08690 |

Social Security No.:
  xxx–xx–6837                                         xxx–xx–8207

Employer's Tax I.D. No.:

## NOTICE OF FAILURE TO FILE CERTIFICATE OF DEBTOR EDUCATION

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider or the debtor may file a Certificate of Debtor Education proving compliance with the financial management course requirement for discharge (a separate Certificate must be filed for each debtor in a joint case). The Certificate must be filed by:

      Chapter 13: [No Later than the date you make the last payment under your plan.]

To date the court has not received the above document from the debtor(s) or from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: August 25, 2025
JAN: admi

                                                                                 Jeanne Naughton
                                                                                 Clerk