Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25−15917−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kenneth B. Hurst
aka Kenneth Hurst
1049 Estates Blvd
Hamilton, NJ 08690

Melissa L. Hurst
aka Melissa Lynne Ficarra, aka Melissa Lynne Hurst
1049 Estates Blvd
Hamilton, NJ 08690

Social Security No.:
xxx−xx−6837

xxx−xx−8207

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 3, 2025.

Dated: October 3, 2025
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-15917-MEH |
| Kenneth B. Hurst | Chapter 13 |
| Melissa L. Hurst | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 03, 2025 | Form ID: plncf13 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth B. Hurst, Melissa L. Hurst, 1049 Estates Blvd, Hamilton, NJ 08690-2432 |
| 520676921 | | Citizens Bank NA, Attn: Bankruptcy One Citizens Plaza, Providence, RI 02903 |
| 520676928 | | MCNJTFCU, 227 NJ-33 Suite #108, Trenton, NJ 08690 |
| 520752922 | ++ | TD BANK USA N A, C/O WEINSTEIN & RILEY P S, 749 GATEWAY STE G601, ABILENE TX 79602-1196 address filed with court:, TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 520676932 | + | The Tsarouhis Law Group, LLC, 21 South 9th St, Allentown, PA 18102-4861 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 03 2025 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 03 2025 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520676915 | + | Email/Text: customercare@adminrecovery.com | Oct 03 2025 20:42:00 | Admin Recovery, LLC, 6225 Sheridian Drive, Ste 118, Buffalo, NY 14221-4800 |
| 520676916 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 03 2025 20:55:55 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520676917 | ^ | MEBN | Oct 03 2025 20:37:20 | Asset Recovery Solutions, LLC, 2200 E. Devon Ave, Ste 200, Des Plaines, IL 60018-4501 |
| 520742314 | | Email/Text: bankruptcy@bhg-inc.com | Oct 03 2025 20:41:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 520676918 | + | Email/Text: bankruptcy@bhg-inc.com | Oct 03 2025 20:41:00 | Bhg Financial, 201 E. Las Olas Boulevard, #2450, Fort Lauderdale, FL 33301-4449 |
| 520676920 | | Email/Text: BKnotifications@ccmr3.com | Oct 03 2025 20:41:00 | Ccmr3, Attn: Bankruptcy, 318 S. Clinton St, Suite 400, Syracuse, NY 13202 |
| 520679427 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 03 2025 20:41:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 520676919 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 03 2025 20:45:10 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520681739 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 03 2025 20:45:37 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520765100 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 03 2025 20:45:12 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 03, 2025 | Form ID: plncf13 | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | City, OK 73118-7901 |
| 520680243 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 03 2025 20:56:28 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520720475 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 03 2025 20:45:40 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520676922 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 03 2025 20:41:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520724511 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 03 2025 20:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520676923 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 03 2025 20:45:30 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520749771 | ^ | MEBN | Oct 03 2025 20:36:27 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520676924 | + | Email/Text: Documentfiling@lciinc.com | Oct 03 2025 20:41:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 520676926 | + | Email/Text: EBNBKNOT@ford.com | Oct 03 2025 20:42:00 | Lincoln Automotive Finance, Attn: Bankrutcy, Po Box 542000, Omaha, NE 68154-8000 |
| 520676927 | | Email/Text: camanagement@mtb.com | Oct 03 2025 20:41:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520775791 | | Email/Text: bnc-quantum@quantum3group.com | Oct 03 2025 20:42:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520676929 | ^ | MEBN | Oct 03 2025 20:39:06 | Ragan & Ragan, PC, 3100 Route 138 W, Brinley Plaza, Building One, Wall, NJ 07719-9020 |
| 520676930 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 03 2025 20:41:00 | State Of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520752922 | | Email/Text: bncmail@w-legal.com | Oct 03 2025 20:42:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 520774453 | ^ | MEBN | Oct 03 2025 20:36:34 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520676931 | + | Email/Text: bncmail@w-legal.com | Oct 03 2025 20:41:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520676935 | | Email/Text: bankruptcies@uplift.com | Oct 03 2025 20:41:00 | Uplft/cb, 440 N Wolfe Road, Sunnyvale, CA 94085 |
| 520676933 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 03 2025 20:45:28 | U.S. Department of Housing and Urban Dev, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520678419 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 03 2025 20:45:28 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520681738 | *+ | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520676925 | *+ | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 520676934 | *P++ | US DEPT OF HOUSING AND URBAN DEVELOPMENT REG II, OFFICE OF GENERAL COUNSEL, 26 FEDERAL PLAZA |

ROOM 3500, NEW YORK NY 10278-0068, address filed with court:, U.S. Department of Housing and Urban Dev, 26 Federal Plaza, Suite 3541, New York, NY 10278

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2025                 Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Joint Debtor Melissa L. Hurst aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com |
| Andrew Thomas Archer | on behalf of Debtor Kenneth B. Hurst aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5