Office Mailing Address:                                          Send Payments **ONLY** to:
Albert Russo, Trustee                                                    Albert Russo, Trustee
Standing Chapter 13 Trustee                                                      PO Box 933
PO Box 4853                                                          Memphis, TN  38101-0933
Trenton, NJ  08650-4853

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-15917 / MEH**

Kenneth B. Hurst                                             Petition Filed Date: 06/03/2025
Melissa L. Hurst                                             341 Hearing Date: 07/10/2025
                                                             Confirmation Date: 10/01/2025

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/11/2025 | $410.00 | | 08/07/2025 | $410.00 | | 09/05/2025 | $410.00 | |
| 10/20/2025 | $410.00 | | 11/05/2025 | $410.00 | | 12/08/2025 | $410.00 | |
| 01/08/2026 | $420.00 | | 02/05/2026 | $420.00 | | | | |

**Total Receipts for the Period: $3,300.00   Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $3,300.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Kenneth B. Hurst | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Andrew Thomas Archer, Esq. »» ATTY DISCLOSURE | Attorney Fees | $4,100.00 | $2,264.43 | $1,835.57 |
| 1 | U.S. DEPARTMENT OF HUD »» P/1049 ESTATE BLVD/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | Citizens Bank NA »» P/1049 ESTATES BLVD/3RD MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 3 | FORD MOTOR CREDIT COMPANY, LLC »» 2020 FORD RANGER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $8,168.37 | $0.00 | $8,168.37 |
| 5 | BANKERS HEALTHCARE GROUP, LLC | Unsecured Creditors | $98,345.26 | $0.00 | $98,345.26 |
| 6 | LAKEVIEW LOAN SERVICING LLC »» P/1049 ESTATES BLVD/1ST MTG/ORDER 7/30/25 | Mortgage Arrears | $4,647.00 | $0.00 | $4,647.00 |
| 7 | TD BANK USA, NA | Unsecured Creditors | $638.10 | $0.00 | $638.10 |
| 8 | CAPITAL ONE AUTO FINANCE »» 2019 NISSAN PATHFINDER | Debt Secured by Vehicle | $20.00 | $0.00 | $20.00 |
| 9 | CAPITAL ONE AUTO FINANCE »» 2019 NISSAN PATHFINDER | Unsecured Creditors No Disbursements: No Check | $0.00 | $0.00 | $0.00 |
| 10 | TD BANK,NA | Unsecured Creditors | $12,775.12 | $0.00 | $12,775.12 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR »» LENDINGCLUB CORP OF LENDING CLUB | Unsecured Creditors | $24,486.78 | $0.00 | $24,486.78 |

**Chapter 13 Case No. 25-15917 / MEH**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,300.00 | Plan Balance: | $112,840.00 ** |
| Paid to Claims: | $2,264.43 | Current Monthly Payment: | $410.00 |
| Paid to Trustee: | $257.73 | Arrearages: | ($20.00) |
| Funds on Hand: | $777.84 | Total Plan Base: | $116,140.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**