UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 25-15917 |
| Kenneth B. Hurst | Chapter: | 13 |
| Melissa L. Hurst | Judge: | Eamonn J. O'Hagan |
| Debtors | | |

## NOTICE OF PROPOSED PRIVATE SALE

Kenneth B. Hurst and Melissa L., _____Debtors_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U. S. Courthouse
402 East State Street
Court Room #2
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable _____Eamonn J. O'Hagan_____ on _____July 1 2026_____ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __2__, __402 East State Street, Trenton, New Jersey__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 1049 Estates Blvd.
Hamilton, New Jersey 08690
Block 01998, Lot 00033

Proposed Purchaser: Alexis Oldfield

Sale price: $620,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Maryanne Ziccardi |
| Amount to be paid: | $12,400 (2% total commission) |
| Services rendered: | Seller's Broker Fee |
| Name of Professional: | John A. Zohlman, III |
| Amount to be paid: | $1,750 Flat Fee Real Estate Attorney |
| Services rendered: | |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Andrew T. Archer, Esq.

Address: 125 Route 73 North, West Berlin, New Jersey 08091

Telephone No.: (856) 963-5000

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-15917-EJO |
| Kenneth B. Hurst | Chapter 13 |
| Melissa L. Hurst | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 01, 2026 | Form ID: pdf905 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth B. Hurst, Melissa L. Hurst, 1049 Estates Blvd, Hamilton, NJ 08690-2432 |
| sp | + | John Zohlman, Hagner & Zohlman, LLC, 57 Kresson Road, Cherry Hill, NJ 08034-3206 |
| r | + | Vincent Tripicchio, 55 East Man Street, Moorestown, NJ 08057-3377 |
| 520676921 | | Citizens Bank NA, Attn: Bankruptcy One Citizens Plaza, Providence, RI 02903 |
| 520676928 | | MCNJTFCU, 227 NJ-33 Suite #108, Trenton, NJ 08690 |
| 520676932 | + | The Tsarouhis Law Group, LLC, 21 South 9th St, Allentown, PA 18102-4861 |
| 520676933 | + | U.S. Department of Housing and Urban Dev, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 520678419 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 01 2026 21:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 01 2026 21:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520676915 | + | Email/Text: customercare@adminrecovery.com | Jun 01 2026 21:52:00 | Admin Recovery, LLC, 6225 Sheridian Drive, Ste 118, Buffalo, NY 14221-4800 |
| 520676916 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 01 2026 22:03:35 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520676917 | ^ | MEBN | Jun 01 2026 21:49:12 | Asset Recovery Solutions, LLC, 2200 E. Devon Ave, Ste 200, Des Plaines, IL 60018-4501 |
| 520742314 | | Email/Text: bankruptcy@bhg-inc.com | Jun 01 2026 21:50:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 520676918 | + | Email/Text: bankruptcy@bhg-inc.com | Jun 01 2026 21:50:00 | Bhg Financial, 201 E. Las Olas Boulevard, #2450, Fort Lauderdale, FL 33301-4449 |
| 520676920 | | Email/Text: BKnotifications@ccmr3.com | Jun 01 2026 21:51:00 | Ccmr3, Attn: Bankruptcy, 318 S. Clinton St, Suite 400, Syracuse, NY 13202 |
| 520679427 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 01 2026 21:50:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 520676919 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 01 2026 22:03:09 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520681739 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 01 2026 22:03:19 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520765100 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 01 2026 22:03:32 | Capital One Auto Finance, a division of Capital |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 01, 2026 | Form ID: pdf905 | Total Noticed: 36 |

| | | | |
|---|---|---|---|
| | | | On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520680243 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 01 2026 22:03:07 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520720475 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jun 01 2026 22:03:32 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520676922 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 01 2026 21:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520724511 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 01 2026 21:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520676923 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jun 01 2026 22:03:17 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520749771 | ^ MEBN | Jun 01 2026 21:49:03 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520676924 | + Email/Text: Documentfiling@lciinc.com | Jun 01 2026 21:50:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 520676926 | + Email/Text: EBNBKNOT@ford.com | Jun 01 2026 21:52:00 | Lincoln Automotive Finance, Attn: Bankrutcy, Po Box 542000, Omaha, NE 68154-8000 |
| 520676927 | Email/Text: camanagement@mtb.com | Jun 01 2026 21:51:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520775791 | Email/Text: bnc-quantum@quantum3group.com | Jun 01 2026 21:51:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520676929 | ^ MEBN | Jun 01 2026 21:50:40 | Ragan & Ragan, PC, 3100 Route 138 W, Brinley Plaza, Building One, Wall, NJ 07719-9020 |
| 520676930 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 01 2026 21:50:00 | State Of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520752922 | Email/Text: bncmail@w-legal.com | Jun 01 2026 21:51:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 520774453 | ^ MEBN | Jun 01 2026 21:49:41 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520676931 | + Email/Text: bncmail@w-legal.com | Jun 01 2026 21:51:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520676935 | Email/Text: bankruptcies@uplift.com | Jun 01 2026 21:50:00 | Uplft/cb, 440 N Wolfe Road, Sunnyvale, CA 94085 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520681738 | *+ | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520676925 | *+ | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 520676934 | *+ | U.S. Department of Housing and Urban Dev, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0312-3                       User: admin                              Page 3 of 3

Date Rcvd: Jun 01, 2026                    Form ID: pdf905                          Total Noticed: 36

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Kenneth B. Hurst aarcher@spillerarcherlaw.com  mcdoherty_187750@ecf.courtdrive.com |
| Andrew Thomas Archer | on behalf of Joint Debtor Melissa L. Hurst aarcher@spillerarcherlaw.com  mcdoherty_187750@ecf.courtdrive.com |
| Cameron Deane | on behalf of Creditor Citizens Bank  N.A. cdeane@weltman.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7