UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
Attorney ID 005272008
Brenner, Spiller & Archer
125 Route 73 North
West Berlin, New Jersey 08091
(856) 963-5000
Attorney for Debtor(s)

In Re:

Kenneth B. Hurst
Melissa L. Hurst,
                    Debtors.

**Order Filed on June 4, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:        25-15917

Chapter:            13

Judge:        Eamonn J O'Hagan

### ORDER AUTHORIZING RETENTION OF

John A. Zohlman, III

The relief set forth on the following page is **ORDERED**.

**DATED: June 4, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____John A. Zohlman, III_____

as _____attorney_____, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.
        The professional's address is:    Hagner & Zohlman, LLC_____
                                          57 Kresson Road_____
                                          Cherry Hill, NJ 08034_____

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper
        application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

        ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

        ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
        13 case. Payment to the professional may only be made after satisfactory completion of
        services.

4.      The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*