UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
Attorney ID 005272008
Brenner, Spiller & Archer
125 Route 73 North
West Berlin, New Jersey 08091
(856) 963-5000
Attorney for Debtor(s)

**Order Filed on June 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kenneth B. Hurst
Melissa L. Hurst,
                    Debtors.

Case No.:  _____25-15917_____

Chapter:  _____13_____

Judge:  ____Eamonn J O'Hagan____

## ORDER AUTHORIZING RETENTION OF

_____John A. Zohlman, III_____

The relief set forth on the following page is **ORDERED**.

**DATED: June 4, 2026**

_____
  Honorable Eamonn J. O'Hagan
  United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____ John A. Zohlman, III _____
as _____ attorney _____, it is hereby ORDERED:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

    The professional's address is:   Hagner & Zohlman, LLC _____

    57 Kresson Road _____

    Cherry Hill, NJ 08034 _____

2.  Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.  If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.  The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 25-15917-EJO

Kenneth B. Hurst                                                                        Chapter 13

Melissa L. Hurst

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 04, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol           Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

**Recip ID                   Recipient Name and Address**
db/jdb                   +   Kenneth B. Hurst, Melissa L. Hurst, 1049 Estates Blvd, Hamilton, NJ 08690-2432

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

**Name                        Email Address**

Albert Russo
                            on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                            docs@russotrustee.com

Andrew Thomas Archer
                            on behalf of Joint Debtor Melissa L. Hurst aarcher@spillerarcherlaw.com  mcdoherty_187750@ecf.courtdrive.com

Andrew Thomas Archer
                            on behalf of Debtor Kenneth B. Hurst aarcher@spillerarcherlaw.com  mcdoherty_187750@ecf.courtdrive.com

Cameron Deane
                            on behalf of Creditor Citizens Bank  N.A. cdeane@weltman.com

Matthew K. Fissel
                            on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

District/off: 0312-3                          User: admin                                  Page 2 of 2
Date Rcvd: Jun 04, 2026                       Form ID: pdf903                              Total Noticed: 1

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7