UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esquire
Attorney ID 005272008
Brenner, Spiller & Archer
125 Route 73 North
West Berlin, New Jersey 08091
(856) 963-5000
Attorney for Debtor(s)

**Order Filed on July 1, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kenneth B.Hurst
Melissa L. Hurst,
                Debtors.

| | |
|---|---|
| Case No.: | 25-15917 |
| Hearing Date: | July 1, 2026 |
| Chapter: | 13 |
| Judge: | Eamonn James O"Haga |

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| | | | |
|---|---|---|---|
| Recommended Local Form: | ☒ Followed | ☐ Modified |

The relief set forth on the following pages numbered two (2) and three (3), is
**ORDERED**.

**DATED: July 1, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____1049 Estates Blvd., Hamilton, NJ 08690_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | John A. Zohlman, III |
| Amount to be paid: | $1,750 |
| Services rendered: | Review and/or drafting of legal documents, title search, resolving disputes and appearance at closing |

| | |
|---|---|
| Name of professional: | Maryanne Ziccardi |
| Amount to be paid: | $12,400 |
| Services rendered: | Seller's Broker Fee |

**OR**: ☐ Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $_____51,483_____ claimed as exempt may be paid to the Debtor.

6. The ☒ *balance of proceeds* or the ☐ balance due on the debtor's Chapter 13 Plan must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. M & T Bank, Citizens Bank and HUD are to be paid in full at closing pursuant to a valid, unexpired payoff, provided by the creditor prior to the sale of the property.

10. Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order is not applicable.

11. The 14 day appeal period per Fed. R. Bankr. P. 8002 is hereby waived.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 25-15917-EJO

Kenneth B. Hurst                                                                                 Chapter 13

Melissa L. Hurst

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Kenneth B. Hurst, Melissa L. Hurst, 1049 Estates Blvd, Hamilton, NJ 08690-2432 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Debtor Kenneth B. Hurst aarcher@spillerarcherlaw.com  mcdoherty_187750@ecf.courtdrive.com |
| Andrew Thomas Archer | on behalf of Joint Debtor Melissa L. Hurst aarcher@spillerarcherlaw.com  mcdoherty_187750@ecf.courtdrive.com |
| Cameron Deane | on behalf of Creditor Citizens Bank  N.A. cdeane@weltman.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |

District/off: 0312-3                                    User: admin                                    Page 2 of 2
Date Rcvd: Jul 01, 2026                                Form ID: pdf903                              Total Noticed: 1

U.S. Trustee
                  USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7