Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  25–15917–EJO
Chapter:  13
Judge:  Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kenneth B. Hurst
 aka Kenneth Hurst
 1049 Estates Blvd
 Hamilton, NJ 08690

Melissa L. Hurst
 aka Melissa Lynne Ficarra, aka Melissa
 Lynne Hurst
 1049 Estates Blvd
 Hamilton, NJ 08690

Social Security No.:
 xxx–xx–6837

 xxx–xx–8207

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Eamonn James O'Hagan on:

Date:       8/12/26
Time:       02:00 PM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney

COMMISSION OR FEES
Fees: $3,317.50

EXPENSES
$50.00

If this is a chapter 13 case, the fees and expenses awarded:

☑       will not reduce the amount to be paid to general unsecured
          creditors under the plan.

☐       will reduce the amount to be paid to general unsecured
          creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 6, 2026
JAN:

                                                 Jeanne Naughton
                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 25-15917-EJO

Kenneth B. Hurst                                                                          Chapter 13

Melissa L. Hurst
      Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2026 | Form ID: 137 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth B. Hurst, Melissa L. Hurst, 1049 Estates Blvd, Hamilton, NJ 08690-2432 |
| sp | + | John Zohlman, Hagner & Zohlman, LLC, 57 Kresson Road, Cherry Hill, NJ 08034-3206 |
| r | + | Vincent Tripicchio, 55 East Man Street, Moorestown, NJ 08057-3377 |
| 520676921 | | Citizens Bank NA, Attn: Bankruptcy One Citizens Plaza, Providence, RI 02903 |
| 520676928 | | MCNJTFCU, 227 NJ-33 Suite #108, Trenton, NJ 08690 |
| 520676932 | + | The Tsarouhis Law Group, LLC, 21 South 9th St, Allentown, PA 18102-4861 |
| 520676933 | + | U.S. Department of Housing and Urban Dev, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 520678419 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 06 2026 23:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 06 2026 23:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520676915 | + | Email/Text: customercare@adminrecovery.com | Jul 06 2026 23:12:00 | Admin Recovery, LLC, 6225 Sheridian Drive, Ste 118, Buffalo, NY 14221-4800 |
| 520676916 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 06 2026 23:16:03 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 520676917 | ^ | MEBN | Jul 06 2026 23:04:43 | Asset Recovery Solutions, LLC, 2200 E. Devon Ave, Ste 200, Des Plaines, IL 60018-4501 |
| 520742314 | | Email/Text: bankruptcy@bhg-inc.com | Jul 06 2026 23:10:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204 |
| 520676918 | + | Email/Text: bankruptcy@bhg-inc.com | Jul 06 2026 23:10:00 | Bhg Financial, 201 E. Las Olas Boulevard, #2450, Fort Lauderdale, FL 33301-4449 |
| 520676920 | | Email/Text: BKnotifications@ccmr3.com | Jul 06 2026 23:11:00 | Ccmr3, Attn: Bankruptcy, 318 S. Clinton St, Suite 400, Syracuse, NY 13202 |
| 520679427 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 06 2026 23:10:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 520676919 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jul 06 2026 23:15:53 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 520681739 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 06 2026 23:16:02 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520765100 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 06 2026 23:15:51 | Capital One Auto Finance, a division of Capital |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2026 | Form ID: 137 | Total Noticed: 36 |

| | | | |
|---|---|---|---|
| | | | On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520680243 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 06 2026 23:15:51 | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520720475 | + Email/PDF: acg.acg.ebn@aisinfo.com | Jul 06 2026 23:15:51 | Ford Motor Credit Company LLC c/o AIS Portfolio Se, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520676922 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 06 2026 23:11:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520724511 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 06 2026 23:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520676923 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 06 2026 23:15:59 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520749771 | ^ MEBN | Jul 06 2026 23:05:30 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520676924 | + Email/Text: Documentfiling@lciinc.com | Jul 06 2026 23:10:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 520676926 | + Email/Text: EBNBKNOT@ford.com | Jul 06 2026 23:12:00 | Lincoln Automotive Finance, Attn: Bankrutcy, Po Box 542000, Omaha, NE 68154-8000 |
| 520676927 | Email/Text: camanagement@mtb.com | Jul 06 2026 23:11:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520775791 | Email/Text: bnc-quantum@quantum3group.com | Jul 06 2026 23:11:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520676929 | ^ MEBN | Jul 06 2026 23:07:10 | Ragan & Ragan, PC, 3100 Route 138 W, Brinley Plaza, Building One, Wall, NJ 07719-9020 |
| 520676930 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 06 2026 23:10:00 | State Of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 520752922 | Email/Text: bncmail@w-legal.com | Jul 06 2026 23:11:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 520774453 | ^ MEBN | Jul 06 2026 23:05:36 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 520676931 | + Email/Text: bncmail@w-legal.com | Jul 06 2026 23:11:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 520676935 | Email/Text: bankruptcies@uplift.com | Jul 06 2026 23:10:00 | Uplft/cb, 440 N Wolfe Road, Sunnyvale, CA 94085 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520681738 | *+ | Ford Motor Credit Company LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520676925 | *+ | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 520676934 | *+ | U.S. Department of Housing and Urban Dev, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0312-3                    User: admin                         Page 3 of 3

Date Rcvd: Jul 06, 2026                 Form ID: 137                       Total Noticed: 36

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2026                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew Thomas Archer | on behalf of Joint Debtor Melissa L. Hurst aarcher@spillerarcherlaw.com  mcdoherty_187750@ecf.courtdrive.com |
| Andrew Thomas Archer | on behalf of Debtor Kenneth B. Hurst aarcher@spillerarcherlaw.com  mcdoherty_187750@ecf.courtdrive.com |
| Cameron Deane | on behalf of Creditor Citizens Bank  N.A. cdeane@weltman.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7