UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**WELTMAN, WEINBERG & REIS CO., LPA**
**By: Cameron Deane, Esq. (Atty.**
**I.D.# 36334-2021)**
**520 Walnut Street, Suite 1355**
**Philadelphia, PA 19106**
**267-940-1643**
**WWR# 042175011**
Attorneys for Movant: Citizens Bank, N.A.

| | |
|---|---|
| IN re:<br><br>Kenneth B. & Melissa L. Hurst<br>        Debtor | Case No.: 25-15917-EJO<br>Chapter: 13<br>Judge: Eamonn James O'Hagan |

### WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

Kindly withdraw the creditor's Motion for Relief from Stay filed on April 17, 2026 (docket no.: 41) on behalf of Citizens Bank, N.A.

Date: August 5, 2026              Weltman, Weinberg & Reis Co., L.P.A.

                                   /s/ Cameron Deane
                                   Cameron Deane, Esquire
                                   Attorney for Movant
                                   520 Walnut Street, Suite 1355
                                   Philadelphia, PA 19106
                                   P: 267-940-1643
                                   F: 215-599-1505
                                   cdeane@weltman.com