UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**WELTMAN, WEINBERG & REIS CO., LPA**
**By: Cameron Deane, Esq. (Atty.**
**I.D.# 36334-2021)**
**520 Walnut Street, Suite 1355**
**Philadelphia, PA 19106**
**267-940-1643**
**WWR# 042175011**
Attorneys for Movant: Citizens Bank, N.A.

|  |  |
|---|---|
| IN re:<br><br>Kenneth B. & Melissa L. Hurst<br>     Debtor | Case No.: 25-15917-EJO<br>Chapter: 13<br>Judge: Eamonn James O'Hagan |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☑ Withdrawn

Matter: <u>Motion for Relief from Stay re: 1049 Estates Boulevard, Hamilton NJ; Response filed by Debtor,</u>

<u>contested hearing scheduled for August 12, 2026.</u>

Date: August 5, 2026                    /s/ Cameron Deane____
                                       Signature of Attorney