Order Filed on August 12, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esq.
BRENNER SPILLER & ARCHER
125 Route 73 North
West Berlin, NJ 08091
(856) 963-5000
Attorney for Debtor(s)
005272008

In Re:

Kenneth B. Hurst & Melissa L. Hurst,

Debtor(s).

Case No.: 25-15917 EJO

Chapter: 13

Judge: EJO

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: August 12, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Andrew T. Archer, Esquire, the applicant, is allowed a fee of $ 3,317.50 for services rendered and expenses in the amount of $ 50.00 for a total of $ 3,367.50 . The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $ n/a per month for n/a months to allow for payment of the above fee.

*rev.8/1/15*